AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

JOHN A. FRANKLIN
30329 VINES CREEK ROAD
DAGSBORO, DELAWARE 19939
302-732-1400

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-389

TO: (Name and address of Defendant)

RICHARD E. FRANKLIN
1323 TUSCANY BLVD.
VENICE, FL. 34292



07cv389GMS
FILED
JUL 16 2007
RGSem
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 JUN 22 PM 12:09

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. FRANKLIN — PRO-SE
30329 VINES CREEK RD.
DAGSBORO, DELAWARE 19939
302-732-1400

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                JUN 19 2007

CLERK                                              DATE

_Evette Wala_

(By) DEPUTY CLERK

RETURN OF SERVICE

RECEIPT NUMBER: 0003660-07

PERSON TO BE SERVED:

RICHARD E FRANKLIN
1323 TUSCANY BLVD
VENICE

PLAINTIFF: JOHN A FRANKLIN
 -VS-
DEFENDANT: RICHARD E FRANKLIN

TYPE WRIT: SUMMONS/COMPLAINT

COURT: US DIS CRT                    COURT DATE:
CASE #:                              COURT TIME:

Received the above-named writ on June 22, 2007, at 1:52 PM,
and served the same on July 11, 2007, at 12:00 PM,
in SARASOTA County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: RICHARD E FRANKLIN

SERVICE COST: $20.00                 WILLIAM F. BALKWILL, SHERIFF
BF, CIVIL CLERK                      SARASOTA COUNTY, FLORIDA

MAIL TO:                             BY:_____
                                        MORTON, D.S.
JOHN A FRANKLIN
30329 VINES CREEK RD
DAGSBORO, DE    19939

| RETURN OF SERVICE |
|---|

PERSON TO BE SERVED:                                RECEIPT NUMBER: 0003660-07

RICHARD E FRANKLIN
1323 TUSCANY BLVD
VENICE

PLAINTIFF: JOHN A FRANKLIN
DEFENDANT: RICHARD E FRANKLIN
TYPE WRIT: SUMMONS/COMPLAINT
    COURT: US DIS CRT                               COURT DATE:
    CASE #:                                         COURT TIME:

Received the above-named writ on June 22, 2007, at 1:52 PM, and
SERVED / NONSERVED the same on the __011__ day of __07__,
200_7_, at __1200__ AM / PM, in SARASOTA County, Florida, as follows:

__X__ INDIVIDUAL
      By delivering a true copy of this writ together with a copy of the
      initial pleadings, if any, with the date and hour of service endorsed
      thereon by me, to: __RICHARD FRANKLIN__

_____ SUBSTITUTE
      By delivering a true copy of this writ together with a copy of the
      initial pleadings, if any, with the date and hour of service endorsed
      thereon by me,
      ____ to the defendant's spouse, to-wit: _____
      ____ at the defendant's usual place of abode with a person residing
           therein who is fifteen (15) years of age, or older,
           to-wit: _____
           and informing said person of their contents.

_____ NOT FOUND
      By returning said writ unserved for the reason that after due
      diligence to locate, the named person to-wit:
      _____
      could not be found in SARASOTA County, Florida.


SERVICE COST: $20.00                        WILLIAM F. BALKWILL, SHERIFF
LC, CIVIL CLERK                             SARASOTA COUNTY, FLORIDA

    MAIL TO:                                BY: __Wm M orton 287__
                                                 DEPUTY SHERIFF              Null
    JOHN A FRANKLIN
    30329 VINES CREEK RD
    DAGSBORO, DE    19939

DEPUTY WORKSHEET

ASSIGNED TO:                                          RECEIPT NUMBER: 0003660-07

PERSON TO BE SERVED:                                  DATE: 06/22/2007

```
RICHARD E FRANKLIN
1323 TUSCANY BLVD
VENICE
```

PLAINTIFF: JOHN A FRANKLIN
  -VS-
DEFENDANT: RICHARD E FRANKLIN

TYPE WRIT: SUMMONS/COMPLAINT

   COURT: US DIS CRT                                  COURT DATE:
   CASE #:                                            COURT TIME:

| ATTEMPTED SERVICE | | | COMMENTS / NOTES |
|---|---|---|---|
| DATE: 6-26-07  12158y  TIME: 6-28-0  1200 p1 | | ID# | |
| DATE: 7-7-07  TIME: 1850 | | ID# 287 | NO GET THROUGH GATE |
| DATE:  TIME: | | ID# | |
| DATE:  TIME: | | ID# | |
| DATE:  TIME: | | ID# | |
| DATE:  TIME: | | ID# | |

LC, CIVIL CLERK

John A. Franklin
30329 Vines Creek Road
Dagsboro Delaware 19939



MANASOTA FL 342
13 JUL 2007 PM 1 T

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801