Sunday, July 15, 2007

IN THE UNITED STATES FEDERAL DISTRICT COURT

OF DELAWARE

John A. Franklin [Pro-Se]
30329 Vines Creek Road
Dagsboro Delaware 19939
301-732-1400

**Plantiff**

Civil Docket Number 1:07-cv-00389-GMS
Varified Complaint Demand A Jury Trial [seventh amendment]

RICHARD E. FRANKLIN
1323 TUSCANY BLVD.
VENICE, FL. 34292
1-941-496-8869



**Defendant**

## MOTION BY PLANTIFF JOHN A. FRANKLIN UNDER FRDERAL

### RULES OF A CIVIL PROCEDURE

**Plantiff request Court to dismiss case.**

**Federal Rules Of Civil Procedure**

**Rule 41. Dismissal of Actions**

**(a) Voluntary Dismissal: Effect Thereof. Sunday, July 15, 2007**

**(1) By Plaintiff; By Stipulation.**

**Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States.**

# PROOF OF SERVICE

　　I, John A. Franklin, do swear or declare that on this date, Sunday, 15 July, 2007
as required by, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE.
I have served the enclosed Plantiffs motion to dismiss. Depositing an envelope
containing the above document in the United States Mail properly addressed to the defendant and
with first-class postage prepaid.

The name and addresse of those served are as follows:

Signed Mr. John A. Franklin  *John A Franklin*

RICHARD E. FRANKLIN
1323 TUSCANY BLVD.
VENICE, FL. 34292
1-941-496-8869

Mr. John A. Franklin
30329 Vines Creek Rd.
Dagsboro, DE 19939-9803



Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

